

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2025

No. 04-24-00611-CV

**IN RE JAVIER A. MARTINEZ**, Cynthia R. Martinez, and Columbus Happy Oaks RV Park Corporation D/B/A Happy Oaks RV Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

On September 12, 2024, relators Javier A. Martinez, Cynthia R. Martinez, and Columbus Happy Oaks RV Park Corporation filed a petition for writ of mandamus along with an emergency motion for temporary relief. On September 13, 2024, we granted a stay in response to the emergency motion. The real parties in interest Wilfredo Matias Ramos and Yolanda Garcia filed a response on September 27, 2024. Relators filed a reply on October 14, 2024.

This court has considered relators' petition, the response, the reply, and the mandamus record, and is of the opinion relators are entitled to the relief sought. Accordingly, the stay imposed in our order dated September 13, 2024 is LIFTED, and the petition for writ of mandamus is CONDITIONALLY GRANTED.

The Honorable Mary Lou Alvarez is ORDERED to vacate the portion of the trial court's August 28, 2024 order overruling relator Columbus's objections to discovery request nos. 1, 2, 8, 12, 13, 14, 15, 18, 19, 20, 21, 22, 27, 29, 31, and interrogatory no. 1 within fifteen days from the date of this order.

The Honorable Mary Lou Alvarez is FURTHER ORDERED to vacate the portion of the trial court's August 28, 2024 order overruling relators Javier A. Martinez and Cynthia R.

---

[1] This proceeding arises out of Cause No. 2023-CI-25020, styled *Ramos v. Martinez, et al.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

Martinez's objections to discovery request nos. 2, 8, 12, 13, 14, 15, 18, 19, 20, 21, 22, 26, 28, 30, 32 and interrogatory no. 1 within fifteen days from the date of this order.

The writ will issue only if the trial court fails to comply.

It is so **ORDERED** on April 16, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court